**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>           Plaintiff,           )<br>vs.           )<br>           )<br>STEVEN WAYNE CHAFFIN,           )<br>           Defendant.           )<br>_____) | CR06-00548-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating allegations "A", "B" and "C" as contained in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his unsupervised probation.

IT IS ORDERED reinstating the defendant on unsupervised probation subject to the previously ordered conditions. In addition, the following conditions are imposed:

1. You shall participate as instructed by the probation office in a program of substance abuse treatment which may include testing for substance abuse. You shall pay for the cost of treatment. You shall provide written verification of completion signed by the director or supervisor of the program within 90 days of today's date.

2. You shall provide your daughter with a copy of the conditions of unsupervised probation.

3. Your probationary period shall be extended from one year to two years from the original date of sentencing.

1
2      IT IS FURTHER ORDERED that allegation "D" of the Petition to Revoke
3   Unsupervised Probation is dismissed.
4           DATED this 23rd day of May, 2007.
5
6
7
8                              _____
9                                       Mark E. Aspey
                                United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28